409 A.2d 855

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Donald C. KOLLOCK, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 10, 1979.

Decided Jan. 18, 1980.

George Gershenfeld, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., H. Graham McDonald, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION OF THE COURT

PER CURIAM:

This is an appeal from the judgment of sentence entered after the trial court adjudged appellant guilty of criminal contempt. The record fails to establish criminal contempt. Hence, the judgment is reversed, the adjudication is vacated, and the appellant is discharged.